No. 1697. CAPÓ, APELANTE, *v.* MUNICIPIO CAYEY, APELADO.— Devolución de bienes. Guayama. Julio 24, 1917. *Desestimada la apelación visto el caso Ciuró v. Ciuró, 20 D. P. R. 38.*

No. 1199. GOICO ET AL., APELANTES, *v.* EL PUEBLO, APELADO.—*Habeas corpus.* Guayama. Julio 26, 1917. *Desestimada la apelación por no ser apelable la resolución que desestimó de plano la solicitud.*

No. 1699. PÉREZ, ETC., APELADO, *v.* MERCADO, APELANTE.— Reivindicación. Ponce. Julio 26, 1917. *Desestimada la apelación por falta de transcripción.*

No. 1698. ROSÉS, APELADA, *v.* LÓPEZ DE VICTORIA ET. AL., APELANTES.—Cobro de crédito. San Juan, Sección 2ª. Julio 26, 1917. *Desestimada la apelación por falta de transcripción.*

No. 168. MARTÍNEZ, PETICIONARIO, *v.* CROSAS, JUEZ DISTRITO AGUADILLA, DEMANDADO.—*Certiorari.* Octubre 22, 1917. *No ha lugar.*

No. 64. EX PARTE BAIGÉS, PETICIONARIO.—*Habeas corpus.* Octubre 24, 1917. *Sin lugar.*

No. 1744. MATIENZO, APELANTE, *v.* CID, APELADO.—Desahucio. San Juan, Sección 2ª. Noviembre 7, 1917. *Desistida la apelación.*

No. 1745. LÓPEZ, APELADA, *v.* SUCESIÓN PLAUD ET AL., APELANTES.—Filiación. Guayama. Noviembre 8, 1917. *Desestimada la apelación por falta de transcripción.*